**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 16-6651**

─────────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

TRAVIS ONEAL GOVAN,

                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Margaret B. Seymour, Senior District Judge. (5:06-cr-00750-MBS-1)

─────────────

Submitted: September 29, 2016        Decided: October 4, 2016

─────────────

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Travis Oneal Govan, Appellant Pro Se.  John David Rowell, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Oneal Govan appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Govan, No. 5:06-cr-00750-MBS-1 (D.S.C. Apr. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED